■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES HYAMS, Appellant. [19 NYS3d 786]—Appeal by the defendant from an order of the County Court, Suffolk County (Kahn, J.), dated October 22, 2014, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The defendant's sole contention on appeal, that the assessment of points under risk factors 5 and 6 constituted improper double counting, is unpreserved for appellate review (*see People v Brown*, 131 AD3d 520 [2015]; *People v Jones*, 101 AD3d 836 [2012]; *People v Fredlund*, 38 AD3d 636 [2007]) and, in any event, without merit (*see People v Brown*, 131 AD3d at 521; *People v Caban*, 61 AD3d 834, 835 [2009]).

Accordingly, the Supreme Court properly designated the defendant as a level two sex offender (*see People v Tineo-Morales*, 101 AD3d 839 [2012]; *People v Wyatt*, 89 AD3d 112 [2011]). Dillon, J.P., Chambers, Austin and Sgroi, JJ., concur.